**MONTCLAIR PARKOWNERS ASSO-CIATION; Hacienda Mobile Home Estates, Plaintiffs–Appellants,**

v.

**CITY OF MONTCLAIR, a Municipal corporation, Defendant–Appellee.**

**No. 99–55083.**

United States Court of Appeals, Ninth Circuit.

Filed Feb. 5, 2001

Before: O'SCANNLAIN, FERNANDEZ, and T. G. NELSON, Circuit Judges.

**ORDER**

The opinion filed on May 8, 2000, as *Montclair Parkowners Association v. City of Montclair*, 211 F.3d 1144 (9th Cir.2000), is hereby WITHDRAWN and cannot be cited as precedent. Submission of this case is vacated pending resolution by the en banc court of *Green v. City of Tucson*, 234 F.3d 493 (9th Cir.2000).